# EXHIBIT G

# CLAIM CHART FOR '754 PATENT

| **Patents** | **D. Smith Utility Patents:**<br>**9,828,754 B2 (‘754 patent)** | **Defendant's Counterfeit Device Images:**<br> <br> <br>  |
| --- | --- | --- |
| **Claims** | A clamping device for attaching the sink to the countertop, the clamping device having: | Both knockoff devices are clamping devices for attaching a sink to a countertop, which have: |
| ‘754 Claim 1.a | a clamp body | Clamp body <br> |



EXHIBIT G

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| ‘754 Claim 1.b | having an insertable end, said insertable end being configured to insert into the slot of the countertop above the clamp body in an upward insertion direction; |  Insertable end  |
| ‘754 1.c | and a clamping spring connected to the clamp body, |  Clamping spring  |

# CLAIM CHART FOR '754 PATENT

| | | |
|---|---|---|
| ‘754 1.d | the clamping spring in a relaxed state including a deflectable portion extending upwardly form the clamp body forming an upward angle, said upward angle of the relaxed deflectable spring portion configured to be deflected by contact of the deflectable spring portion with a peripheral portion of the sink toward an angle of the peripheral sink portion to transmit an upward clamping force to said portion of the sink when the insertable end is inserted into the slot, | <br><br>Deflectable portio<br>of clamping spring |
| ‘754 Claim 1.e | wherein the clamping spring has a hole and the clamping spring is connected to the clamp body by a fastener horizontally offset from the insertable end. | <br>Fastener<br> |



EXHIBIT G

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| ‘754 Claim 2 | The undercounter sink attachment system of claim 1 wherein the fastener comprising one of a screw and a rivet extending through the hole in the clamping spring and through a spring attachment opening in the clamp body. |  Fastener extending through hole in clamping spring and clamp body  |
| ‘754 Claim 3 | The undercounter sink attachment system of claim 2, further comprising a clamping screw extending threadably through a clamping screw opening in the clamp body, the clamping screw configured to transmit a generally upward force to one of the clamping spring and the portion of the sink to at least assist in holding the sink to the bottom surface of the countertop when the insertable end is inserted into the slot. | Clamping screw extending through hole in clamp body   |

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| '754<br>4 | The undercounter sink attachment system of claim 3 wherein the clamping screw and spring attachment openings are located on first and second respective portions of the clamp body, and said first and second portions are parallel. | <br>First portion clamping screw opening<br>Second portion spring attachment opening<br> |
| '754<br>5 | The undercounter sink attachment system of claim 3 the insertable end being comprised in a vertical portion of the clamp body bent approximately perpendicularly relative to a horizontal portion of the clamp body that comprises said clamping screw opening. | Insertable end<br><br>Clamping screw opening<br><br>Clamp body bent perpendicularly |

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| '754 Claim 6 | The undercounter sink attachment system of claim 1 further comprising a plurality of similarly constructed clamping devices securing the sink to the countertop. |   Plurality of similarly constructed clamping devices |
| '754 Claim 7 | The undercounter sink attachment system of claim 1, said clamp body including said insertable end being integrally formed from a single piece of material. |  Clamp body including insertable end integrally formed from single piece of material  |



EXHIBIT G

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| ‘754 Claim 8 | The undercounter sink attachment system of claim 1, wherein the clamping spring is a leaf spring, and the deflected angle of the deflectable portion of the clamping spring is configured to be aligned with the angle of the peripheral sink portion when the insertable end of the clamping device is inserted into the countertop slot. | Insertable end Clamping spring<br><br> |
| ‘754 Claim 9 | The undercounter sink attachment system of claim 1, the clamping spring further comprising a generally flat connecting portion connected to the clamp body, and said deflectable spring portion comprising a generally flat portion of the clamping spring. | Flat bending Portion<br><br>Flat connecting portion<br> |



EXHIBIT G

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| '754 Claim 10 | The undercounter sink attachment system of claim 9, the clamping spring further comprising a sharp bend disposed between the connecting spring portion and the deflectable spring portion. | Bend in Connecting spring   |
| '754 Claim 11.a | A clamping device for mounting a sink to a countertop comprising: a clamp body; |  Clamp body  |

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| '754 Claim 11.b | an insertable end of the clamp body, |  Insertable end  |
| '754 Claim 11.c | said insertable end being configured for insertion in an upward insertion direction into a slot in a bottom surface of a countertop about a perimeter of a sink, and a width of the slot extending generally alongside the perimeter of the sink; |  Insertable end Upward direction  |



EXHIBIT G

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| '754 Claim 11.d | and a clamping spring connected to the clamp body, the clamping spring in a relaxed state including a deflectable portion extending at an upward angle, the deflectable spring portion in said relaxed state configured to contact a portion of the sink when the insertable end is partially inserted into said slot and to be deflected by contact with the portion of the sink to transmit an upward clamping spring force to the portion of the sink when the insertable end is further inserted into said slot, | Clamping spring  Deflectable portion<br>Contacting portion  |



EXHIBIT G

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| '754 Claim 11.e | wherein the clamping spring has a hole and the clamping spring is connected to the clamp body by a fastener horizontally offset from the insertable end. | Clamp body <br>Fastener<br><br>Clamp spring |
| '754 Claim 12 | The clamping device of claim 11 wherein the fastener comprising one of a screw and a rivet extending through the hole in the clamping spring and through a spring attachment opening in the clamp body. |  Spring attachment<br><br>Hole/opening<br> |

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| '754 Claim 13 | The clamping device of claim 12, further comprising a clamping screw configured to be inserted through a clamping screw opening in the clamp body, wherein, when the insertable end is inserted into the slot, the clamp body is located so that the clamping screw inserted through said clamping screw opening in the clamp body transmits a generally upward clamping screw force to one of the clamping spring and the portion of the sink to at least assist in holding the sink to the bottom surface of the countertop. |  Clamping screw  Clamping screw opening/hole |

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| ‘754 Claim 14 | The clamping device of claim 13 wherein the clamping screw and spring attachment openings are located on first and second respective portions of the clamp body, and said first and second portions are parallel. | <br>Spring attachment Openings/holes<br>Clamping screw opening/hole<br> |
| ‘754 Claim 15 | The clamping device of claim 13 the insertable end being comprised in a vertical portion of the clamp body bent approximately perpendicularly relative to a horizontal portion of the clamp body that comprises said clamping screw opening. | <br>Clamp screw Opening/hole<br>Clamp body bent perpendicularly<br><br>Insertable end |



EXHIBIT G

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| ‘754 Claim 16 | The clamping device of claim 13, the clamping spring comprising an opening to permit the clamping screw to extend through the opening to contact directly said portion of the sink. | Clamp screw<br><br>Clamp spring opening |
| ‘754 Claim 17 | The clamping device of claim 11 the clamping spring being removable from the clamp body, and the clamping screw configured to contact the portion of the sink directly, to transmit said generally upward force to the portion of the sink to at least assist in holding the sink to the bottom surface of the countertop, when the clamping spring is removed, the insertable end is inserted into the slot, and the perimeter of the sink is disposed alongside the slot. | Removeable clamping spring<br><br> |



EXHIBIT G

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| ‘754 Claim 18 | The clamping device of claim 11, said clamp body including said insertable end being integrally formed from a single piece of material. | <br>Single piece clamp body<br> |
| ‘754 Claim 19 | The clamping device of claim 11, the clamping spring further comprising a generally flat connecting portion connected to the clamp body, and said deflectable spring portion comprising a generally flat portion of the clamping spring. | Flat deflectable portion<br><br>Flat connecting portion of clamp spring<br> |



EXHIBIT G

**CLAIM CHART FOR '754 PATENT**

| | | |
|---|---|---|
| ‘754 Claim 20 | The clamping device of claim 19, the clamping spring further comprising a sharp bend disposed between the connecting spring portion and the deflectable spring portion. |  Bend in Clamping spring  |



EXHIBIT G